

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00755-CV

**IN THE INTEREST OF J.G.**, a Child

From the County Court at Law No. 2, Webb County, Texas
Trial Court No. 2012-CVW-001068-C3
Honorable Victor Villarreal, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, we VACATE the trial court's order in its entirety and REMAND this cause to the trial court. Costs of court for this appeal are taxed against the parties that incurred them.

SIGNED December 19, 2018.

_____
Patricia O. Alvarez, Justice